FRANK PALERMO, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $25,109.50; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WALTER S. ROSSBACH, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell and McAvoy, JJ.

UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant, v. THE CITY OF NEW YORK and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THOMAS HANRAHAN, JR., an Infant, by THOMAS HANRAHAN, SR., His Guardian ad Litem, Respondent, v. THE NEW YORK EDISON COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $15,152.75; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANNA FUMO, Respondent, v. ANNIE WIDDER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FIRST NATIONAL BANK OF ANN ARBOR, MICHIGAN, Respondent, v. JOHN FARSON and Another, Individually and as Copartners, etc., Appellants.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

R. A. MANNING REALTY CORPORATION, Appellant, v. TOPPING BROTHERS, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WILLIAM J. RAPP, Respondent, v. DRYDEN GOLD CORPORATION, Appellant.— Judgment and order affirmed, with costs, with leave to defendant within twenty days from service of order, upon payment of costs to date, to move at Special Term, upon a proposed amended answer, to vacate said judgment and for leave to serve an amended answer. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

EMMA PORTER, Respondent, v. LOUIS SIMON and Another, Copartners, etc., Appellants.— Judgment reversed and new trial granted, with costs to appellants to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,132.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Information of GRACE PURTELL, Respondent, v. BORDEN'S FARM PRODUCTS COMPANY, INC. (a Corporation), Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.